**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF LOUISIANA**

IN RE:       LEBLANC, KEVIN & NADINE                CASE NO. 13-11609

             DEBTOR                                 CHAPTER 7

**OBJECTION TO CLAIMS**

The Objection to Claims by Martin A. Schott, Trustee,

1.

Kevin and Nadine Leblanc filed for relief pursuant to Chapter 13 of Title 11 of the United States Code on November 25, 2013. The case was later converted to one under Chapter 7 of Title 11 on May 30, 2014. Martin A. Schott was appointed as Trustee.

2.

Bridgefield Casualty Insurance Company filed claim no. 2 in the amount of $4,662.10. However, the documentation shows this to be a debt of Kut-N-Up Trim Carpentry, LLC, not this debtor. As a result, this claim should be disallowed.

3.

Altair Oh XIII, LLC filed claim no. 6 in the amount of $442.00. However, the documentation shows this to be a debt of Kut-N-Up Trim Carpentry, LLC, not this debtor. As a result, this claim should be disallowed.

WHEREFORE, the trustee prays that these objections be maintained and the claims set forth above be disallowed.

RESPECTFULLY SUBMITTED BY:

 S/Martin A. Schott
MARTIN A. SCHOTT, (11822)
Trustee
7922-B Wrenwood Blvd.
Baton Rouge, Louisiana 70809
(225) 928-9292 office
(225) 924-2469 fax
ctschott@bellsouth.net